AO 10
Rev. 1/2017

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2016

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Huvelle, Ellen S. | US District Court for the District of Columbia | 8/2/2017 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| US District Judge - senior status | ☐ Nomination   Date<br>☐ Initial   ☑ Annual   ☐ Final<br>5b. ☐ Amended Report | 1/1/2016<br>to<br>12/31/2016 |

**7. Chambers or Office Address**

333 Constitution Avenue NW
Washington DC 20001

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Board Member | Boston College Law School Board of Trustees |
| 2. | Board Member | Abramson Scholarship Foundation |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Huvelle, Ellen S. | 8/2/2017 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2016 | Senior Counsel in Law Firm |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | ALI | 4/11/2016-4/12/2016 | New York, NY | ALI Conference on Aggregate Litigation | Transportation, hotel and food |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Huvelle, Ellen S. | 8/2/2017 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☐ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | Nationstar (previously held by Bank of America) | Mortgage on Rental Property, Washington, DC (Part VII, Line 89) | L |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Huvelle, Ellen S. | 8/2/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Anheuser Busch Inbev SA SPON (BUD) | A | Dividend | K | T | | | | | |
| 2. CSX Corp | A | Dividend | K | T | | | | | |
| 3. Eaton Vance Mut Fds TR Gb Mcrabsl Rtn I | D | Dividend | M | T | Buy (add'l) | 10/18/16 | K | | |
| 4. EMC Corp | A | Dividend | | | Sold | 09/07/16 | J | D | |
| 5. INVESCO Intl Growth | A | Dividend | L | T | | | | | |
| 6. iShares Dj US Healthcare Shares | B | Dividend | L | T | | | | | |
| 7. iShares MSCI EAFE Fund | D | Dividend | M | T | | | | | |
| 8. iShares S&P Cap 600 Growth | A | Dividend | J | T | | | | | |
| 9. Oppenheimer Developing Markets Fund | | None | | | Sold | 07/19/16 | K | D | |
| 10. Oracle Corp | B | Dividend | K | T | | | | | |
| 11. Pepsico Inc NC | A | Dividend | K | T | | | | | |
| 12. Schlumberger | A | Dividend | J | T | | | | | |
| 13. Schwab Government Securities | A | Dividend | N | T | | | | | |
| 14. SPDRs S & P 500 Fd ETF | E | Dividend | P1 | T | Buy (add'l) | 04/15/16 | L | | |
| 15. | | | | | Buy (add'l) | 07/19/16 | K | | |
| 16. | | | | | Buy (add'l) | 08/16/16 | M | | |
| 17. | | | | | Buy (add'l) | 10/18/16 | L | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Huvelle, Ellen S. | 8/2/2017 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐     NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) — Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Vanguard Extended Market | A | Dividend | L | T | Buy | 07/19/16 | L | | |
| 19. Vanguard High Dividend Yield | D | Dividend | N | T | | | | | |
| 20. Vanguard Inter-Term Tax-Exempt Adm | E | Dividend | P1 | T | Buy (add'l) | 06/21/16 | M | | |
| 21. | | | | | Buy (add'l) | 07/19/16 | K | | |
| 22. | | | | | Buy (add'l) | 08/16/16 | K | | |
| 23. Vanguard Ltd Term Tax-Exempt Adm | B | Dividend | M | T | | | | | |
| 24. Vanguard Total Intl Bond | A | Dividend | | | Sold | 07/15/16 | M | B | |
| 25. | | | | | Buy | 06/21/16 | M | | |
| 26. Vanguard FTSE emerging markets ETF | B | Dividend | M | T | Buy | 07/19/16 | L | | |
| 27. | | | | | Buy (add'l) | 09/20/16 | L | | |
| 28. Yum Brands | A | Dividend | K | T | | | | | |
| 29. DFA International Core Equity I | D | Dividend | M | T | | | | | |
| 30. Guggenheim Enhanced Short Duration ETF | A | Dividend | M | T | Buy | 07/15/16 | M | | |
| 31. Yum China Holdings (X) | | None | J | T | | | | | |
| 32. Dell Technologies Inc CL V (X) | | None | J | T | Sold (part) | 09/08/16 | J | A | |
| 33. IRA #2 Charles Schwab (H) | | | | | | | | | |
| 34. -Abbott Laboratories | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Huvelle, Ellen S. | 8/2/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. -Arbitrage Fds Cl 1 | B | Dividend | M | T | | | | | |
| 36. -DoubleLine Core Fixed Income I | C | Dividend | M | T | | | | | |
| 37. -iShares MSCI EAFE ETF | C | Dividend | L | T | | | | | |
| 38. -SPDR S&P 500 Fd ETF | C | Dividend | M | T | | | | | |
| 39. -Schwab Government Securities | A | Dividend | M | T | | | | | |
| 40. -Templeton Income Global Bond adv | B | Dividend | K | T | | | | | |
| 41. -Under Armour | | None | L | T | | | | | |
| 42. -Vanguard Extended Market Index | C | Dividend | M | T | Sold (part) | 12/14/16 | M | E | |
| 43. -Vanguard FTSE Emerging Markets | B | Dividend | L | T | | | | | |
| 44. -Vanguard Short-Term Investment-Grade | B | Dividend | L | T | | | | | |
| 45. -DFA International Core Equity I | C | Dividend | M | T | Buy (add'l) | 04/15/16 | J | | |
| 46. -Vanguard Total Bond Market | C | Dividend | M | T | | | | | |
| 47. Allianz NFJ Div. Value | C | Dividend | L | T | | | | | |
| 48. ExxonMobil | C | Dividend | L | T | | | | | |
| 49. Facebook Inc | | None | K | T | | | | | |
| 50. Franklin Small Midcap Growth | | None | | | Sold | 04/15/16 | L | D | |
| 51. General Electric | D | Dividend | M | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | | P4 =More than $50,000,000 | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Huvelle, Ellen S. | 8/2/2017 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. Gilead Sciences | A | Dividend | K | T | | | | | |
| 53. IBM | A | Dividend | K | T | | | | | |
| 54. INVESCO Diversified Dividend | C | Dividend | L | T | | | | | |
| 55. iShares MSCI EAFE | D | Dividend | M | T | | | | | |
| 56. iShares TR Large Value | C | Dividend | M | T | | | | | |
| 57. iShares TR Mid Value | C | Dividend | M | T | | | | | |
| 58. iShares S&P 500 Growth | B | Dividend | M | T | | | | | |
| 59. iShares S&P 600 Growth | A | Dividend | L | T | | | | | |
| 60. Oppenheimer Developing Markets Fund | A | Dividend | K | T | | | | | |
| 61. Schwab Government Securities | A | Dividend | L | T | | | | | |
| 62. SPDRs S&P 500Fd ETF | D | Dividend | O | T | Buy (add'l) | 05/27/16 | M | | |
| 63. | | | | | Buy (add'l) | 09/20/16 | L | | |
| 64. | | | | | Buy (add'l) | 10/28/16 | L | | |
| 65. Vanguard High Dividend Yield | D | Dividend | N | T | Buy (add'l) | 09/20/16 | L | | |
| 66. Vanguard Inter-Term Tax-Exempt Adm | E | Dividend | P1 | T | Buy (add'l) | 05/27/16 | M | | |
| 67. Vanguard FTSE Emerging Markets ETF | C | Dividend | M | T | Buy | 02/01/16 | M | | |
| 68. Vanguard Short-Term Investment Grade Adm | A | Dividend | M | T | Buy | 12/13/16 | M | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. Vanguard Total Intl Bond | B | Dividend | | | Sold | 07/15/16 | M | E | |
| 70. Vanguard Ltd Term Tax-Exempt Adm | B | Dividend | | | Sold | 12/31/16 | M | | |
| 71. DFA International Core Equity I | D | Dividend | M | T | Buy (add'l) | 05/27/16 | L | | |
| 72. Schwab Strategic Tr Emrg Mkteq ETF | | None | | | Sold | 02/01/16 | M | | |
| 73. Amgen Inc. | A | Dividend | K | T | | | | | |
| 74. CVS Health Corporation | A | Dividend | K | T | | | | | |
| 75. Guggenheim Enhanced Short Duration | B | Dividend | M | T | Buy | 07/15/16 | M | | |
| 76. Doubleline Core Fixed Income 1 | B | Dividend | M | T | Buy | 06/21/16 | M | | |
| 77. Vanguard Extended Market Index | B | Dividend | M | T | Buy | 04/15/16 | M | | |
| 78. BlackRock Total Intl ex US Idx | B | Dividend | M | T | Buy | 11/30/16 | M | | |
| 79. Eaton Vance Mut Fds Tr Gb Mcrabs Rtn | A | Dividend | L | T | Buy | 10/18/16 | L | | |
| 80. Arbitrage Fds Cl I | A | Dividend | L | T | Buy | 10/18/16 | K | | |
| 81. Mathews Asian Growth & Income | | None | | | Buy | 08/16/16 | L | | |
| 82. | | | | | Buy (add'l) | 10/28/16 | K | | |
| 83. | | | | | Sold | 11/30/16 | M | | |
| 84. IRA #1 (H) | | | | | | | | | |
| 85. -Harbor Capital Appreciation | | None | | | Sold | 12/13/16 | M | E | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Huvelle, Ellen S. | 8/2/2017 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

[ ] NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. -Vanguard Total Bond Market | A | Dividend | L | T | | | | | |
| 87. -Schwab Government Securities | | None | J | T | | | | | |
| 88. -DFA U.S. Large Cap Value | C | Dividend | M | T | Buy | 12/13/16 | M | | |
| 89. Rental Property, Washington, DC | E | Rent | N | S | | | | | |
| 90. Rental Property #2/Personal residence, Washington DC | E | Rent | | | Sold | 05/19/16 | P1 | H1 | Brodie Ruland; Lisa Kolb |
| 91. Retirement Account (H) | | | | | | | | | |
| 92. -Lazard Emerging Mkts | A | Dividend | L | T | Buy | 09/30/16 | K | | |
| 93. -Metropolitan West Total Return | B | Int./Div. | L | T | Buy | 09/30/16 | K | | |
| 94. Retirement Account-IRA #3 (H) | | | | | | | | | |
| 95. -Arbitrage Fds Cl I | C | Dividend | O | T | Buy (add'l) | 10/18/16 | K | | |
| 96. -DoubleLine Core Fixed Income I | E | Dividend | O | T | | | | | |
| 97. -Eaton Vance Mut Fds Tr Gb Mcrabsl Rtn I | E | Dividend | N | T | Buy (add'l) | 04/15/16 | L | | |
| 98. -Harbor Capital Appreciation | | | | | Sold (part) | 10/25/16 | L | E | |
| 99. | | | | | Sold | 12/13/16 | M | F | |
| 100. -iShares MSCI EAFE ETF | C | Dividend | | | Sold | 12/14/16 | M | | |
| 101. -Matthews Asian Growth & Income Instl | E | Dividend | M | T | Sold (part) | 10/25/16 | K | | |
| 102. | | | | | Sold (part) | 12/14/16 | L | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Huvelle, Ellen S. | 8/2/2017 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. -Schwab Government Securities | A | Dividend | P1 | T | | | | | |
| 104. -SPDRs S&P 500Fd ETF | D | Dividend | | | Sold | 12/14/16 | N | G | |
| 105. -Templeton Global Bond Advisor | D | Dividend | N | T | Sold (part) | 10/25/16 | K | | |
| 106. -T Rowe Price Large Cap Value | | None | | | Sold | 12/14/16 | N | G | |
| 107. -Vanguard Extended Market Index | A | Dividend | | | Sold | 12/14/16 | L | E | |
| 108. -Vanguard Short Term Bond Investment-Grade Adm | C | Dividend | N | T | Buy | 12/13/16 | K | | |
| 109. -Vanguard Total Bond Market | E | Dividend | O | T | Buy (add'l) | 12/13/16 | M | | |
| 110. -Vanguard High Dividend Yield | C | Dividend | | | Sold | 12/14/16 | M | E | |
| 111. | | | | | Buy | 04/15/16 | K | | |
| 112. -DFA International Core Equity I | C | Dividend | M | T | | | | | |
| 113. Variable Annuity Account (H) | | | | | | | | | |
| 114. -DWS VIP Small Cap | | None | K | T | | | | | |
| 115. -MFS International Value | | None | K | T | | | | | |
| 116. -PIMCO Low Duration | | None | K | T | | | | | |
| 117. -PIMCO VIT High Yield | | None | J | T | | | | | |
| 118. -Putnam VT Equity Income | | None | K | T | | | | | |
| 119. -Schwab S & P 500 | | None | L | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Huvelle, Ellen S. | 8/2/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120. -Templeton Foreign Securities | | None | J | T | | | | | |
| 121. -Van Eck VIP Global Bond | | None | J | T | | | | | |
| 122. -Putnam VT American Government Inc | | None | K | T | | | | | |
| 123. -Templeton Global Bond Sec CI2 | | None | K | T | | | | | |
| 124. 529 Account (H) | | | | | | | | | |
| 125. -AF-Capital Income Builder | A | Dividend | J | T | | | | | |
| 126. -AMCAP Fund 529F | A | Dividend | J | T | | | | | |
| 127. -American High Income Tr | A | Dividend | J | T | | | | | |
| 128. -Euro Pacific Growth Fund 529F | A | Dividend | J | T | | | | | |
| 129. -Fundamental Investors 529F | A | Dividend | K | T | Buy (add'l) | 12/14/16 | J | | |
| 130. -Bond Fund of America 529F | A | Dividend | J | T | Buy (add'l) | 12/14/16 | J | | |
| 131. -Capital World Bond Fd 529-F | A | Dividend | J | T | | | | | |
| 132. -Small Cap World Fund 529F | A | Dividend | J | T | | | | | |
| 133. -Capital World Growth & Inc. | A | Dividend | J | T | | | | | |
| 134. 529 Account (H) #2 | | | | | | | | | |
| 135. -Bond Fund of America 529F | A | Dividend | J | T | Buy (add'l) | 12/14/16 | J | | |
| 136. -Fundamental Investors 529F | A | Dividend | K | T | Buy (add'l) | 12/14/16 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Huvelle, Ellen S. | 8/2/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 137. -Capital World Bond Fd 529-F | A | Dividend | J | T | | | | | |
| 138. -Small Cap World Fund 529F | A | Dividend | J | T | | | | | |
| 139. -Capital World Growth & Inc | A | Dividend | J | T | | | | | |
| 140. 529 Account (H) #3 | | | | | | | | | |
| 141. -Bond Fund of America 529F | A | Dividend | J | T | Buy | 12/14/16 | J | | |
| 142. -Fundamental Investors 529F | A | Dividend | J | T | Buy | 12/14/16 | J | | |
| 143. -Euro Pacific Growth Fund 529F | A | Dividend | J | T | Buy | 12/14/16 | J | | |
| 144. | | | | | | | | | |
| 145. | | | | | | | | | |
| 146. | | | | | | | | | |
| 147. | | | | | | | | | |
| 148. | | | | | | | | | |
| 149. | | | | | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Huvelle, Ellen S.** | 8/2/2017 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

The assessed value of the Rental Property reported on line 89 Part VII. Investments and Trusts is $467,330

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature:  s/ **Ellen S. Huvelle**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544